# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                           NO.  4:05CR00305-012 SWW

LUETTA FAYE GARNETT

<u>ORDER</u>

This matter came on for hearing on the government's motion for revocation of the conditions of pretrial release for violations of the terms of her conditions of release.  Based upon statements made by defense counsel that defendant does not contest the revocation issue and because the crime to which defendant previously entered a guilty plea is such that the law requires her to be detained pursuant to 18 U.S.C. §3143, the Court found that defendant's bond should be revoked.

IT IS THEREFORE ORDERED that the government's motion is granted and defendant's release hereby is terminated.  Defendant shall be taken into custody immediately by the United States Marshal to be detained pending sentencing in this matter.

IT IS SO ORDERED this 11th day of October, 2006.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE