```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO.  4:05CR00305-012 SWW

LUETTA FAYE GARNETT

## ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of statements on the record, the Court found that the defendant has violated the conditions of supervised release without just cause.  However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of her supervised release.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

1. Defendant shall be placed in community confinement for a period of SIX (6) MONTHS.  The Court recommends that defendant participate in AA or NA as often as feasible under the supervision and guidance of City of Faith, or other community confinement facility, or by the U.S. Probation Office.  The Court also recommends that defendant's medical problems be addressed.

2. Defendant shall maintain or be actively seeking employment.

3. Defendant shall abstain from the use of alcohol throughout her term of supervised release.

4. As directed by the Probation Office, Defendant shall attend AA or NA meetings, preferably on a daily basis, throughout her supervised release and will make arrangements to verify her attendance.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

The Court reminds defendant that any further violation of the terms of his supervised release could result in revocation of his release.

Defendant shall reside with her sister, actively seek employment and attend AA or NA meetings daily pending placement at City of Faith, or other community confinement facility.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #1121] is dismissed without prejudice.

DATED this 21st day of October 2010.

/s/Susan Webber Wright
United States District Judge